

# Fourth Court of Appeals
## San Antonio, Texas

April 21, 2022

No. 04-22-00182-CV

**IN THE INTEREST OF A.R.T**., a child

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA01505
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

In this accelerated appeal, the reporter's record was due on April 11, 2022. *See* TEX. R. APP. P. 35.1(b). On April 18, 2022, this court ordered court reporter Elva Chapa to file the reporter's record by April 28, 2022. Ms. Chapa notified this court that her other duties and the length of the record in this case are preventing her from timely filing the record. She requested an extension of time to file the reporter's record until April 29, 2022.

The request is **granted**. The reporter's record is **due on April 29, 2022**. *See id.* R. 35.3(c) (limiting an extension in an accelerated appeal to ten days).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of April, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court